UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CONSTANCE SIMON,

                Plaintiff,                                    24-cv-8175 (PKC)

    -against-                                              ORDER

SCRIPPS NETWORKS, LLC,

                Defendant.

-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        At the initial pre-trial conference, plaintiff was offered the opportunity to further amend the Complaint, and plaintiff does not wish to amend. Defendant may file their motion to dismiss by March 24, 2025. Plaintiff may respond to the motion by April 24, 2025. Defendant may reply by May 8, 2025. Discovery is stayed pending further Order of this Court.

        Consistent with the First Amended Complaint (ECF 9), the Clerk of Court is directed to amend the caption as it appears in this Order.

        SO ORDERED.

*[Signature]*
P. Kevin Castel
United States District Judge

Date: February 24, 2025
      New York, New York