**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONSTANCE SIMON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCRIPPS NETWORKS, LLC,<br><br>Defendant. | 1:24-cv-08175 |

**DEFENDANT SCRIPPS NETWORKS, LLC'S NOTICE OF**
**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that Defendant Scripps Networks, LLC will move this Court before the Honorable P. Kevin Castel, United States District Court Judge, United States District Court of the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing Plaintiff Constance Simon's Second Amended Complaint (ECF No. 22), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and granting all other relief the Court deems just and proper.

Dated: March 24, 2025

Respectfully submitted,

*/s/ David L. Yohai*
David L. Yohai
David R. Singh
Blake J. Steinberg

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8000
Fax: (212) 310-8007
david.yohai@weil.com
david.singh@weil.com
blake.steinberg@weil.com

*Attorneys for Defendant Scripps Networks, LLC*