**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONSTANCE SIMON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCRIPPS NETWORKS, LLC,<br><br>Defendant. | 1:24-cv-08175 |

**DECLARATION OF KATHARINA WINKLER**

Pursuant to 28 U.S.C. § 1746, I, Katharina Winkler, declare under penalty of perjury as follows:

1. In my role as Director, Legal, Privacy and Data Strategy for Warner Bros. Discovery, Inc., I work on matters relating to user privacy and data. I am over 18 years of age and make this declaration of my personal knowledge, investigation, discussions with representatives of Scripps Networks, LLC ("Scripps") and/or review of Scripps' business records and information, and, if called to do so, could testify competently to the facts stated herein.

2. I submit this Declaration in Support of Defendant Scripps' Motion to Dismiss the Second Amended Complaint.

3. Plaintiff Simon provided her email when signing up for the HGTV newsletter.

4. When Plaintiff Simon signed up, a hyperlink to the HGTV.com Privacy Policy appeared above the sign-up button. When clicked, this hyperlink would redirect the user to the Privacy Policy in place.

5. Since 2018, the HGTV.com Privacy Policy has informed website visitors that information about how they use the website may be collected and that the website utilized

cookies and other tracking technologies. Each version of the Privacy Policy in place since 2018 has also provided users with resources regarding how to turn off cookie functionality.

6. Scripps' last record of Plaintiff viewing any video content on the HGTV.com website was in August 2021. A true and correct copy of Plaintiff Simon's subscription information is attached hereto as Exhibit A.

7. Plaintiff Simon unsubscribed from the HGTV newsletter in January 2022. *See* Exhibit A.

8. On March 17, 2022, Scripps removed the Meta Pixel from all HGTV.com video pages.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24 day of March 2025 in New York.

K. Winkler

Katharina Winkler