**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONSTANCE SIMON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCRIPPS NETWORKS, LLC,<br><br>Defendant. | Case No. 1:24-CV-08175-PKC |

**DECLARATION OF PHILIP L. FRAIETTA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

I, Philip L. Fraietta, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at Bursor & Fisher, P.A., counsel of record for Plaintiff in this action. I am an attorney at law licensed to practice in the State of New York, and I am a member of the bar of this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Plaintiff's opposition to Defendant's motion to dismiss Plaintiff's Second Amended Complaint.

3. On November 18, 2024, at 6:14 p.m., I received an email from Blake Steinberg of Weil, Gotshal & Manges LLP, counsel for Defendant in this matter, stating in relevant part: "our client could not find any record of Ms. Simon as having signed up to receive the HGTV newsletter.

4. On December 3, 2024, at 2:55 p.m., I received an email from Blake Steinberg stating in relevant part, "We could not locate the plaintiff from her email as someone who signed up and received the newsletter (at least from the current mailer)."

I declare under penalty of perjury that the above and foregoing is true and accurate.

Executed on April 24, 2025 in New York, New York.

*/s Philip L. Fraietta*
Philip L. Fraietta