**Weil, Gotshal & Manges LLP**

VIA ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**David L. Yohai**
+1 (212) 310-8275
david.yohai@weil.com

October 13, 2025

Honorable Kevin P. Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Constance Simon v. Scripps Networks, LLC*, No. 1:24-cv-08175 (S.D.N.Y.)

Dear Judge Castel:

We write to apprise the Court of a recent decision from another court in this District relevant to Defendant Scripps Networks, LLC's' ("Scripps") Motion to Dismiss. Applying Second Circuit case law decided after briefing closed on Scripps' Motion to Dismiss, the court in *Salazar v. NBA*, No. 1:22-CV-07935 (JLR), 2025 WL 2830939 (S.D.N.Y. Oct. 6, 2025) (attached as Exhibit A) dismissed, with prejudice, nearly identical Pixel-based VPPA claims to those at issue here. The *Salazar v. NBA* decision bears directly on Scripps' argument that it did not disclose personally identifiable information ("PII") within the meaning of the VPPA, as set forth on pages 12 to 15 of its opening brief and pages 8 to 10 of its reply brief.

The court in *Salazar* explained that "Plaintiff's allegations mirror those found *insufficient* in *Solomon* and *Hughes*, as well as post-*Solomon* [district court] decisions concerning Pixel-based VPPA claims." *Salazar*, 2025 WL 2830939, at *5 (emphasis added) ("[T]he Second Circuit ha[s] twice rejected the theory and held that an ordinary person "would not plausibly be able to identify [p]laintiff's video-watching habits as a result of the Pixel transmissions."). Indeed, there is no relevant daylight between the allegations before the court in *Salazar*, *Solomon,* and *Hughes* and those alleged here—each of which centered on "alleged transmission[s] to Facebook with lines of computer code" and were deemed to be inadequate. *Id*. at *4-5 (finding no factual "basis . . . to reach a different result" from *Solomon* and *Hughes*); Second Amended Complaint, Dkt. 22, ¶ 18–22.

Respectfully submitted,

*/s/ David L. Yohai*

David L. Yohai

CC: All Counsel of Record (via ECF)