**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CONSTANCE SIMON, individually and on behalf
of all others similarly situated,

                      Plaintiff,

     -against-                                  24 **CIVIL** 8175 (PKC)

                                          **JUDGMENT**

SCRIPPS NETWORKS, LLC,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 13, 2025, HGTV's motion to dismiss is GRANTED with prejudice. Simon's request for leave to amend is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
          November 13, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                                     **BY:**
                                                          **Deputy Clerk**